| | | |
|---|---|---|
| IN RE: James and Lorrie Karnes | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR THE |
| Debtor | : | MIDDLE DISTRICT |
| | : | OF PENNSYLVANIA |
| | : | |
| | : | Chapter 13 Bankruptcy |
| | : | Case No. 20-2523-RNO |

# CERTIFICATE OF SERVICE

The undersigned does certify that a copy of the Debtor's First Amended Chapter 13 plan (prepetition) was served upon the following named persons via ECF or United States Mail, postage paid at the following:

Wyndham Vacation Resorts, Inc.
PO Box 97474
Las Vegas, NV 89195

Quantum 3 Group LLC
as Agent for MOMA Trust LLC
PO Box 788
Kirkland, WA 98083

Bank of America
PO Box 982284
El Paso, TX 79998

Portfolio Recovery Assoc. LLC
PO Box 12914
Norfolk, VA 23541

PNC Bank N.A.
PO Box 94982
Cleveland, OH 44101

Members 1st FCU
500 Louise Drive
Mechanicsburg, PA 17055

Respectfully Submitted,

/S/ Michael J. McCrystal
_____
Michael J. McCrystal, Esquire