UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JAMES KARNES and LORRIE KARNES<br>    Debtor(s) | : CHAPTER 13<br>:<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| JAMES KARNES and LORRIE KARNES<br>    Respondent(s) | :<br>:<br>: CASE NO. 5-20-bk-02523 |

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 3rd day of November, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. 2019 Federal Income Tax return or statement that debtors were not required to file the tax return.

2. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

    a. Clarification of vesting of property should be at closing of case due to non-exempt equity in estate asset.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

BY:     /s/Agatha R. McHale
                  for Trustee

# CERTIFICATE OF SERVICE

        AND NOW, this   3rd   day of November, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael McCrystal, Esquire
151 Main Street, Suite A
Emmaus, PA   18049

    /s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee