# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: James Karnes, Lorrie Karnes, Debtor(s)

Case No. 5:20-bk-02523
Chapter 13

# PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal, Esquire**, declare that I am a resident of or employed in the County of ___, State of ___. My address is ___. I am over the age of eighteen years of age and am not a party to this case.

On **December 4, 2020**, I served the Notice and Amended Chapter 13 Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at addressed as follows:

Aes Members 1st Fcu
Attn: Bankruptcy
Po Box 40
Mechanicsburg, PA 17055

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citibank/Sears
Citicorp Cr Srvs/Centralized Bk Dept
Po Box 790034
St Louis, MO 63179

Citibank/Sunoco  
Attn: Bankruptcy  
Po Box 790034  
St Louis, MO 63179  

Citibank/The Home Depot  
Citicorp Credit Srvs/Centralized Bk dept  
Po Box 790034  
St Louis, MO 63179  

Citicard  
Citicorp Credit Services; Attn: Centrali  
Po Box 20507  
Kansas City, MO 64195  

Citicorp  
Citicorp/ Attn: Centralized Bankruptcy  
Po Box 20507  
Kansas City, MO 64195  

Citizens Bank  
1000 Lafayette Blvd  
Bridgeport, CT 06604  

Comenity Bank/Blair  
Attn: Bankruptcy  
Po Box 182125  
Columbus, OH 43218  

Comenity Bank/Bon Ton  
Attn: Bankruptcy  
Po Box 182125  
Columbus, OH 43218  

Comenity/Wyndham  
Attn: Bankrupcty  
Po Box 182125  
Columbus, OH 43218  

Comenity/Wyndham  
Attn: Bankrupcty  
Po Box 182125  
Columbus, OH 43218  

First Keystone Comm Ba  
111 W Front Street  
Berwick, PA 18603  

First Keystone Comm Ba  
111 W Front Street  
Berwick, PA 18603  

First Keystone Comm Ba  
111 W Front Street  
Berwick, PA 18603  

Fnb Danville  
354 Mill St  
Danville, PA 17821  

Huntington Natl Bk  
Attn: Bankruptcy  
P.O. Box 340996  
Columbus, OH 43234  

Philadelphia FCU  
Attn: Bankruptcy  
12800 Townsend Rd  
Philadelphia, PA 19154  

Philadelphia FCU  
Attn: Bankruptcy  
12800 Townsend Rd  
Philadelphia, PA 19154  

Pnc Bank  
Atn: Bankruptcy Department  
Po Box 94982: Ms: Br-Yb58-01-5  
Cleveland, OH 44101  

Pnc Bank  
Atn: Bankruptcy Department  
Po Box 94982: Ms: Br-Yb58-01-5

Cleveland, OH 44101

PNC Bank
Attn: Bankruptcy
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101

PNC Bank
Attn: Bankruptcy
Po Box 94982: Mailstop Br-Yb58-01-5
Cleveland, OH 44101

Pnc Mortgage
Attn: Bankruptcy
Po Box 8819
Dayton, OH 45401

Suntrust Bank/GreenSky
Attn: Bankruptcy
Po Box 29429
Atlanta, GA 30359

Syncb/country Home Pro
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Syncb/Home Design Floor
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Syncb/home Design-hi-p
C/o Po Box 965036
Orlando, FL 32896

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po B 965064
Orkando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po B 965064
Orkando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po B 965064
Orkando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Trac/CBCD/Citicorp
Citicorp Credit/Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328

Wyndham Vacation Ownership
Attn: Bankruptcy

Po Box 98940
Las Vegas, NV 89193

Wyndham Vacation Ownership
Attn: Bankruptcy
Po Box 98940
Las Vegas, NV 89193

Wyndham Vacation Ownership
Attn: Bankruptcy
Po Box 98940
Las Vegas, NV 89193

Wyndham Vacation Ownership
Attn: Bankruptcy
Po Box 98940
Las Vegas, NV 89193

Wyndham Vacation Ownership
Attn: Bankruptcy
Po Box 98940
Las Vegas, NV 89193

Respectfully submitted,

_____
Michael J. McCrystal, Esquire