United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                Case No. 20-02523-MJC

James Karnes                                                                                    Chapter 13

Lorrie Karnes

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                                   User: AutoDocke                                   Page 1 of 4

Date Rcvd: Nov 08, 2023                         Form ID: fnldecnd                               Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | James Karnes, Lorrie Karnes, 326 Austin Trail, Orangeville, PA 17859-9219 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5353874 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 5353894 | + | First Keystone Comm Ba, 111 W Front Street, Berwick, PA 18603-4701 |
| 5353899 | + | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 5353906 | + | Suntrust Bank/GreenSky, Attn: Bankruptcy, Po Box 29429, Atlanta, GA 30359-0429 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5353875 | + | Email/PDF: bncnotices@becket-lee.com | Nov 08 2023 18:48:29 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5353876 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 08 2023 18:41:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5359927 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 08 2023 18:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5353877 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 08 2023 18:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5353887 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 18:48:23 | Citicard, Citicorp Credit Services; Attn: Centrali, Po Box 20507, Kansas City, MO 64195 |
| 5353888 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 18:48:36 | Citicorp, Citicorp/ Attn: Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195 |
| 5353880 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2023 18:48:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5353884 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 18:48:36 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bk Dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5353885 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 18:48:29 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5353886 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2023 18:48:36 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5353889 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 08 2023 18:41:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 5353890 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 08 2023 18:41:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| 5353891 | + Email/Text: BNC-ALLIANCE@QUANTUMGROUP.COM | | |
| | | Nov 08 2023 18:41:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5353892 | + Email/Text: BNC-ALLIANCE@QUANTUMGROUP.COM | | |
| | | Nov 08 2023 18:41:00 | Comenity/Wyndham, Attn: Bankrupcty, Po Box 182125, Columbus, OH 43218-2125 |
| 5353897 | Email/Text: bankruptcy@fult.com | | |
| | | Nov 08 2023 18:41:00 | Fnb Danville, 354 Mill St, Danville, PA 17821 |
| 5353898 | + Email/Text: bankruptcy@huntington.com | | |
| | | Nov 08 2023 18:41:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 5353882 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Nov 08 2023 18:48:23 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5368102 | + Email/Text: unger@members1st.org | | |
| | | Nov 08 2023 18:41:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5353903 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Nov 08 2023 18:41:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5364449 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Nov 08 2023 18:41:00 | PNC Bank, N.A, P.O. Box 94982, Cleveland, OH 44101 |
| 5353901 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Nov 08 2023 18:41:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 5353905 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Nov 08 2023 18:41:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5361024 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 08 2023 18:48:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5353899 | + Email/Text: CollectionsDept@PFCU.COM | | |
| | | Nov 08 2023 18:41:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 5356327 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 08 2023 18:41:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5353908 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 08 2023 18:48:36 | Syncb/Home Design Floor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5353910 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 08 2023 18:48:23 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5353907 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 08 2023 18:48:28 | Syncb/country Home Pro, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5353909 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 08 2023 18:48:36 | Syncb/home Design-hi-p, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 5353911 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 08 2023 18:48:28 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 5353914 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Nov 08 2023 18:48:23 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5353917 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 08 2023 18:48:23 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 5353919 | Email/Text: bankruptcydept@wyn.com | | |
| | | Nov 08 2023 18:41:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |
| 5353918 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Nov 08 2023 18:48:28 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5354578 | + Email/Text: bankruptcydept@wyn.com | | |
| | | Nov 08 2023 18:41:00 | Wyndham Vacation Resort, Inc., PO Box 97474, Las Vegas, NV 89193-7474 |
| 5354577 | + Email/Text: bankruptcydept@wyn.com | | |
| | | Nov 08 2023 18:41:00 | Wyndham Vacation Resorts, Inc., PO Box 97474, Las Vegas, NV 89193-7474 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank N.A, P.O. Box 94982, Cleveland, OH 44101 |
| 5353878 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5353879 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5353881 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5353895 | *+ | Comenity/Wyndham, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5353895 | *+ | First Keystone Comm Ba, 111 W Front Street, Berwick, PA 18603-4701 |
| 5353896 | *+ | First Keystone Comm Ba, 111 W Front Street, Berwick, PA 18603-4701 |
| 5353883 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5353904 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5353902 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 5353900 | *+ | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 5353912 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 5353913 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 5353915 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5353916 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5353920 | *P++ | WYNDHAM CONSUMER FINANCE INC, P O BOX 97474, LAS VEGAS NV 89195-0001, address filed with court:, Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |
| 5353921 | *P++ | WYNDHAM CONSUMER FINANCE INC, P O BOX 97474, LAS VEGAS NV 89195-0001, address filed with court:, Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |
| 5353922 | *P++ | WYNDHAM CONSUMER FINANCE INC, P O BOX 97474, LAS VEGAS NV 89195-0001, address filed with court:, Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |
| 5353923 | *P++ | WYNDHAM CONSUMER FINANCE INC, P O BOX 97474, LAS VEGAS NV 89195-0001, address filed with court:, Wyndham Vacation Ownership, Attn: Bankruptcy, Po Box 98940, Las Vegas, NV 89193 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael J McCrystal | on behalf of Debtor 1 James Karnes mccrystallaw@gmail.com  sueparalegal@gmail.com |
| Michael J McCrystal | |

on behalf of Debtor 2 Lorrie Karnes mccrystallaw@gmail.com  sueparalegal@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Karnes,                                         Chapter        13

**Debtor 1**
                                                      Case No.       5:20−bk−02523−MJC
Lorrie Karnes,

**Debtor 2**


Social Security No.:

xxx−xx−1559                xxx−xx−3285

Employer's Tax I.D. No.:


# FINAL DECREE


The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos


is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **James Karnes and Lorrie Karnes** in accordance with §1328 of the Bankruptcy Code.


By the Court,


Mark J. Conway, United States Bankruptcy Judge

Dated:  November 8, 2023

**fnldec** (01/22)